IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1-11-CR-240-BLW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN CANTU RUIZ, | |
| Defendant. | |

The Government has moved to extend the time to file a response to the defendant's motion to suppress. The Court will grant the motion and set up a hearing on the motion to suppress. The new briefing deadline, and the new hearing date, require that the trial be continued. *See United States v. Tinklenberg* 131 S.Ct. 2007 (2011). The Court will need some time after the hearing to fully consider the arguments and render a decision. Accordingly, given all these circumstances, the Court finds that a trial date of May 7, 2012, is reasonable.

Under *Tinklenberg*, the period of delay between the filing of the motion to suppress and the Court's resolution within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Government's motion to grant an extension to file a response (docket no. 20) is GRANTED.

IT IS FURTHER ORDERED, that the present trial date of April 23, 2012, is VACATED, and that a new trial date be set for **May 7, 2012, at 1:30 p.m.** in the Federal Courthouse in

**Order - 1**

Boise, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on April 26, 2012, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to suppress (docket no. 18) and the resolution of the motion within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that (1) the Government shall file a response brief to the motion to suppress (docket no. 18) on or before April 6, 2012; (2) the defendant shall file a reply brief on or before April 18, 2012; and (3) a hearing shall be held on the motion to suppress (docket no. 18) on April 24, 2012, at 1:30 p.m. in the Federal Courthouse in Boise Idaho.

DATED: **March 19, 2012**

_____
B. LYNN WINMILL
Chief Judge
United States District Court