UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. CR-11-240-S-BLW |
| ) | |
| Plaintiff,         ) | |
| ) | **FINAL ORDER OF** |
| vs.         ) | **FORFEITURE** |
| ) | |
| MARTIN CANTU RUIZ,           ) | |
| ) | |
| Defendant.         ) | |
| ) | |

WHEREAS, on July 2, 2012, this Court entered a Preliminary Order of Forfeiture (ECF No. 35) pursuant to the provisions of 18 U.S.C. §924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), and based upon the guilty plea entered by MARTIN CANTU RUIZ on May 25, 2012 (ECF No. 30).   Ruiz later withdrew his guilty plea, however he was found guilty at trial as to Count Two of the Indictment (ECF No. 58), which included as the instrumentality of the offense the subject weapon made from a Savage, Model 67, 12 gauge shotgun, bearing an obliterated serial number.   Based upon the said conviction, the Court, in its Judgment and Conviction, ordered the forfeiture of the property contained in the Preliminary Order of Forfeiture (ECF No. 35) to the United States;

FINAL ORDER OF FORFEITURE - 1

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 72) is GRANTED. The Court further finds that Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E) is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**<u>Firearms and Ammunition associated therewith</u>:**

1. A weapon made from a Savage, Model 67, 12 gauge shotgun, bearing an

FINAL ORDER OF FORFEITURE - 2

    obliterated serial number; and

2. Four (4) rounds of Winchester Western ammunition, CAL: 12.

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: January 23, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3